United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

CASSIE VANTHI VO; and
JUAN RAMON DUARTE MEZA,

Plaintiffs,

v.

UNITED STATES OF AMERICA;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Civil Action No. 4:26-cv-07506

**AGREED ORDER ON PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION**

Before the Court is Plaintiffs' Motion for Expedited Consideration (Docket Entry No. 3). Counsel for the parties have conferred. The motion is granted. On the agreement of the parties, the defendants must answer or otherwise respond to the complaint on or before November 13, 2026, notwithstanding the period otherwise provided by Federal Rule of Civil Procedure 12(a)(2).

SIGNED at Houston, Texas, this 26th day of October, 2026.

Lee H. Rosenthal
Senior United States District Judge